IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ROBERT DOUGLAS ISAACS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 08-417-DRH |
| ST. CLAIR COUNTY JAIL, the COUNTY OF ST. CLAIR, a body politic and corporate, and the ST. CLAIR COUNTY SHERIFF'S DEPARTMENT, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on the County of St. Clair's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated May 28, 2009, judgment is entered in favor of defendant, **COUNTY OF ST. CLAIR, a body politic and corporate**, and against the plaintiff, **ROBERT DOUGLAS ISAACS.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated January 29, 2009, judgment is entered in favor of defendants, **ST. CLAIR COUNTY JAIL and the ST. CLAIR COUNTY SHERIFF'S DEPARTMENT** and against the plaintiff, **ROBERT DOUGLAS ISAACS**. This case is dismissed in its entirety with prejudice----------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: May 28, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT